IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WOLF RUN HOLLOW LLC, § § Plaintiff, § § vs. § § COMMUNITY BANK OF THE SOUTH, § CBS FINANCIAL CORPORATION, § COMMUNITY BUSINESS BANK, DECATUR § FIRST BANK, DECATUR FIRST BANK § GROUP, INC., EMORY ALLIANCE CREDIT § UNION, FIRST COMMERCE COMMUNITY § BANK, FIRST COVENANT BANK, FIRST § LANDMARK BANK, KEYWORTH BANK, § LEGACY STATE BANK, NEWTON § FEDERAL BANK, VININGS BANK, AND § GEORGIA'S OWN CREDIT UNION § § Defendants | CIVIL ACTION NO. 1:10-CV-1560 |

## STIPULATION OF DISMISSAL OF DEFENDANTS EMORY ALLIANCE CREDIT UNION AND FIRST COMMERCE COMMUNITY BANK

Pursuant to Fed. R. Civ. 41(a)(1)(A)(ii), Plaintiff Wolf Run Hollow, LLC, and Defendants Emory Alliance Credit Union and First Commerce Community Bank, (the "Defendants"), hereby stipulate that all claims asserted by Plaintiff against the Defendants in the above-entitled and numbered action be, and hereby are, dismissed without prejudice to re-filing same. Each party shall bear its own costs and attorneys' fees.

Dated:  July 13, 2010                    Respectfully Submitted,

                                          By: /s/ Douglas L. Bridges
                                              Douglas L. Bridges
                                              Georgia State Bar No. 080889
                                              HENINGER GARRISON DAVIS, LLC
                                              1 Glenlake Parkway, Suite 700
                                              Atlanta, GA 30328
                                              **WOLF RUN HOLLOW, LLC**

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5.1(A). As such, this document was served on all counsel who are deemed to have consented to electronic service.

/s/ Douglas L. Bridges
Douglas L. Bridges
